# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2566

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONTERO-Castro, Jose<br>a.ka. CASTRO, Antonio<br><br>　　　　　　Defendant, | ) Magistrate Docket No._____<br>) Case No._____<br>)<br>) COMPLAINT FOR VIOLATION OF:<br>) **Title 18, U.S.C. Section 922(g)(5)(A)**<br>) Illegal Alien in Possession of a Firearm<br>) (Felony)<br>) **Title 8, U.S.C., Section 1326**<br>) Deported Alien Found in the United States<br>) (Felony)<br>) |

FILED 2008 AUG 20 AM 10:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
KNH DEPUTY

The undersigned complainant, being duly sworn, states:

### COUNT I

On August 7, 2008, within the Southern District of California, defendant Jose MONTERO-Castro, also known as Antonio CASTRO, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: one Dan Wesson Arms .357 caliber revolver, serial number 129305, in violation of Title 18, United States Code, Section 922(g)(5)(A).

### COUNT II

On or about August 7, 2008, within the Southern District of California, Defendant Jose MONTERO-Castro, also known as Antonio CASTRO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　_/s/ Michael Haynes_
　　　　　　　　　　　　　　　　　　　　　Special Agent Michael Haynes
　　　　　　　　　　　　　　　　　　　　　U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF AUGUST, 2008.

　　　　　　　　　　　　　　　　　　　　　_/s/ Barbara L. Major_
　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Haynes, U.S. Immigration & Customs Enforcement ("ICE"), declare under penalty of perjury, the following is true and correct:

Jose MONTERO-Castro, also known as Antonio CASTRO, came to my attention on August 11, 2008, by way of ICE Special Agent Michael Willever and by a request for assistance from Detective Roy Mayne of the San Diego County Sheriff's Department (SDSO). Special Agent Willever informed me that MONTERO had been arrested in Fallbrook, California, the previous week and that, at the time of arrest, he had been found in possession of firearms. Special Agent Willever further informed me that MONTERO was unlawfully present in the United States. He requested that I contact SDSO Detective Roy Mayne.

On August 12, 2008, I telephoned Detective Mayne. Through my conversation with Detective Mayne and my review of reports authored by SDSO Deputies involved in MONTERO's arrest, I learned that MONTERO was contacted by SDSO Deputy Peter Alvarado on the afternoon of August 7, 2008, at 235 West Aviation Road in Fallbrook, California. After determining where MONTERO resides and obtaining consent to search his residence, Deputy Alvarado discovered four firearms and ammunition within, among which was a Dan Wesson Arms .357 revolver upon which is serial number 129305.

MONTERO was then arrested and transported to the Fallbrook SDSO station. There, Deputy Alvarado informed MONTERO about his Constitutional rights per "Miranda". MONTERO responded in the affirmative when asked if he understood his rights and again responded in the affirmative when asked if he was willing to answer Deputy Alvarado's questions. When asked about the firearms, MONTERO claimed to have purchased two from a friend and to have found the others in a garbage dumpster.

On August 13, 2008, I reviewed documents from MONTERO's alien file. Among these documents was a form I-213 (Record of Deportable/Inadmissible Alien). This form identifies MONTERO as a citizen of Mexico born in Michoacan, Mexico. I further reviewed an immigration judge's order of removal dated June 22, 1999, and a form I-205 (Warrant of Deportation/Removal). This latter form documents MONTERO's physical removal from the United States to Mexico on June 22, 1999, through the port at Otay Mesa, California, pursuant to the aforementioned immigration judge's order.

Through my review of records maintained by the U.S. Department of Homeland Security, I could find no record of MONTERO having applied for or received permission to lawfully return to the United States after being removed.

On the afternoon of August 18, 2008, I spoke with Special Agent Matt Beals, who is an interstate nexus expert with ATF. Special Agent Beals declared that the Dan Wesson Arms revolver seized from MONTERO was not manufactured in California. He further stated that by its very presence in California, it had traveled in or affected interstate commerce.